# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CANDYCE JONES, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 3:12-cv-599 |
| ) | |
| UNITED STATES OF AMERICA, ) | Judge Sharp |
| ) | |
| Respondent. ) | |

## ORDER

Movant Candyce Jones's motion under 28 U.S.C. § 2255 was filed in this Court on June 11, 2012. On July 16, 2012, the Court entered an order directing the respondent, the United States of America (the "government"), to file an answer or other response to the motion within 30 days. On August 14, 2012, the government requested an extension of the time for filing its response, specifically seeking no less than 30 days after the Court entered a ruling on the government's then-pending Motion for the Issuance of an Order Finding Defendant-Petitioner Has Waived the Attorney-Client Privilege. The Court granted the latter motion on August 28, 2012, and on the same day also granted the government's motion for an enlargement of the time for filing its response, making the government's response to the § 2255 motion due no later than Thursday, September 27, 2012. To date, the government has not submitted an answer, motion or other response to the § 2255 motion.

Accordingly, the government is hereby **DIRECTED** to file its response or otherwise to **SHOW CAUSE** why the Court should not now enter an order granting the relief requested in Ms. Jones's § 2255 motion. The government's response to this Order must be submitted within **10 days of the date of entry of this order**.

It is so **ORDERED**.

_Kevin H. Sharp_
Kevin H. Sharp
United States District Judge