IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CANDYCE JONES, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 3:12-cv-599 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Judge Sharp |
| | ) | |
| Respondent. | ) | |

### ORDER

Before the court is Candyce Jones's *pro se* motion pursuant to 28 U.S.C. § 2255 to set aside, vacate or correct an allegedly illegal sentence imposed by this court on July 22, 2011. Jones was sentenced to a 36-month prison term.

For the reasons set forth in the accompanying Memorandum Opinion, the court finds that Jones's motion is without merit. The motion (ECF No. 1) is therefore **DENIED**, and this matter is **DISMISSED WITH PREJUDICE**.

A certificate of appealability will not issue as to any of the claims set forth in Jones's motion. Rule 11(a), Rules Gov'g § 2255 Proceedings.

Entry of this order shall constitute the judgment in this action.

It is so **ORDERED**.

_____
Kevin H. Sharp
United States District Judge